IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

JOSEPH E. SUGGS
119 QUEENS RETREAT
SAVANNAH, GA 31419

)
)
)
)
)
)
)
)
)
)

Chapter 13
Case No.  18-40276-MJK

Debtor(s)

## TRUSTEE'S MOTION TO CONFIRM PLAN AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay **$17,169.83** or more to unsecured creditors, but in any event will pay not less than **100%** of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

[ ] Raise payments/extend plan as follows:

[ ] Change valuation(s) as follows:

[ ] Allow/Modify/Disallow claims as follows:

[X] OTHER: **Above-median income, monthly disposable income is $761.33 per Form 122C. The Trustee reserves the right to review and object to all expenses in the event that the plan is ever modified to reduce the dividend or Chapter 13 plan payment.**

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given. This  8  day of May, 2018.

_____
Debtor Counsel - GORE LAW FIRM, LLC

_____
Debtor

_____
Debtor

_____
Creditor's Counsel

_____
Creditor's Counsel

_____
Chapter 13 Trustee Attorney

_____ O. BYRON MEREDITH III, Trustee, Georgia Bar #002300

_____ JEFF NARMORE, Georgia Bar #412079

_____ LAURA A. GRIFKA, Georgia Bar #312055

_____ CARRI H. JOHNSON, Georgia Bar #301590

**013**