**IT IS ORDERED as set forth below:**



Date: October 21, 2019

_____
Michele J. Kim
United States Bankruptcy Judge
Southern District of Georgia

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>JOSEPH E. SUGGS<br>119 QUEENS RETREAT<br>SAVANNAH, GA 31419<br><br>Debtor(s) | Chapter 13<br>Case No. 18-40276-MJK |

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee ("Trustee") filed a Motion to Dismiss the above-referenced case. It appears to the Court, as evidenced by the signatures below, that the parties have agreed to resolve the matter by the entry of this Order on the following terms:

[ ]  Debtor(s) shall pay to the Trustee the amount of $ _____ by _____ ,2019.

[X]  Beginning with the payment due in **November 2019**, Debtor(s) will make payments to the Chapter 13 Trustee in the _**increased**_ amount of **$667.00** per month. Debtor(s) must continue making payments in this amount for the remaining tenure of the Plan, unless otherwise set forth in the original confirmed Plan or by subsequent order of this Court.

**Until/unless the employer withholds the monthly Plan payment set forth above, the Debtor is responsible for making the payment(s) direct to the Trustee. The Debtor must send the funds directly to the Chapter 13 Trustee - Savannah, P.O. Box 116561, Atlanta, GA by the 26th day of each month. The payments must be made by money order, cashier's check or ePay (see www.ch13sav.com) and include the case number.**

[ ]  The Plan is extended to _____ months.

[X]  The Trustee will issue a Notice to Commence Wage Withholding to the Debtor's employer.

Upon the failure to strictly comply with any terms of this Consent Order by the Debtor(s), the Trustee shall file a Notice of Non-Compliance and serve a copy on the Debtor(s) and attorney for Debtor(s), providing the Debtor(s) opportunity for hearing upon request. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed, without further notice or hearing. *No request for hearing should be filed unless the Trustee's notice is factually inaccurate.* The strict compliance provision(s) outlined above shall apply to all future payments to the Chapter 13 Plan, including any future modification of payments to the plan, for a period of 9 months.

**SO ORDERED.**

[END OF DOCUMENT]

Approved and Consented to by:

_____
CHAPTER 13 TRUSTEE
____ O. Byron Meredith III, Trustee (GA Bar No. 002300)
____ Laura A. Grifka, Staff Attorney (GA Bar No. 312055)
✓ Carri Johnson, Staff Attorney (GA Bar No. 301590)
____ Sabari Pillai, Staff Attorney (GA Bar No. 793947)

P.O. Box 10556
Savannah, GA 31412
(912) 234-5052

Consented to by:

_____
GORE LAW FIRM, LLC (GA Bar No. 603407)
Attorney for Debtor(s)

_____
Debtor

_____
Debtor

27